1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED

JUL 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                 )   2:15-SW-0012-EFB
APPLICATION OF THE UNITED STATES     )
OF AMERICA FOR A SEARCH WARRANT      )   **ORDER RE: REQUEST TO**
CONCERNING:                          )   **UNSEAL SEARCH WARRANT**
                                     )   **AND SEARCH WARRANT**
8299 Gwinhurst Circle,               )   **AFFIDAVIT**
Sacramento, California               )
                                     )
                                     )
_____)

   Upon application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the file in the above-captioned matter is hereby ordered unsealed.

DATED: July 24, 2015

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE